AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-60428



CIV-COHN
MAGISTRATE JUDGE
SNOW

CHRISTINA TROIANO,
Individually and On Behalf of All
Others Similary Situated
    Plaintiff

v.

MENU FOODS, INC. and MENU
FOODS INCOME FUND,
    Defendant

FILED BY _____ D.C.
2007 MAR 26 PM 1:12
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT.L.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

MENU FOODS, INC.
9130 GRIFFITH MORGAN LN
PENNSAUKEN, NJ  08110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STUART A. DAVIDSON
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox      MAR 26 2007
CLERK      DATE

(BY) DEPUTY CLERK

Dockets.Justia.com