AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-60428


MAGISTRATE JUDGE
SNOW
COHN

CHRISTINA TROIANO,
 Individually and On Behalf of All
 Others Similary Situated
                              Plaintiff

v.

MENU FOODS, INC. and MENU
FOODS INCOME FUND,
              Defendant

FILED BY
2007 MAR 26 PM 1:14
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT.L.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

MENU FOODS INCOME FUND
8 FALCONER DR.
STREETSVILLE, ON
CANADA L5N IBI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STUART A. DAVIDSON
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                   MAR 2 6 2007
CLERK                                              DATE

(BY) DEPUTY CLERK

Dockets.Justia.com