UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:   07-60428-CIV-COHN/SNOW

CHRISTINA TROIANO, individually and
on behalf of all others similarly situated,

        Plaintiff,

MENU FOODS, INC. and MENU FOODS
INCOME FUND,

        Defendants.
_____/

## **ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS**

THIS MATTER having come before the Court upon Defendants', MENU FOODS INC. and MENU FOODS INCOME FUND (Collectively referred to as "MENU FOODS"), Motion to Stay All Proceedings, and the Court having reviewed the record and being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants', MENU FOODS, Motion to Stay all Proceedings is **GRANTED** pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this ___ day of April 2007.

                                          _____
                                          The Honorable James I. Cohn
                                          United States District Court Judge

Copies furnished:  Counsel of Record

{RDM/013804.0025/L4122718_1}1

**TROIANO v. MENU FOODS,** *et al*
**SERVICE LIST – 07-60428-CIV-COHN/SNOW**

LERACH, COUGHLIN, STOIA, GELLER
  RUDMAN & ROBBINS, LLP
PAUL J. GELLER, ESQ.
Florida Bar No: 984795
pgellar@lerachlaw.com
STUART A. DAVIDSON
Florida Bar No.  84824
sdavidson@lerachlaw.com
JAMES L. DAVIDSON, ESQ.
Florida Bar No:  072371
jdavidson@lerachlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida  33432-4809
Telephone:  (561) 750-3000
Facsimile:   (561) 750-3364


KOPELMAN & BLANKMAN
LAWRENCE KOPELMAN
Florida Bar No:  288845
lmk@kopelbank.com
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, Florida  33301
Telephone No:  (954) 462-6855
Facsimile No:   (954) 462-6899

Attorneys for the *Plaintiff* and *The Class*