UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:   07-60428 – (Civ-Cohn/Magistrate Snow)

CHRISTINA TROIANO, individually and
on behalf of all others similarly situated,

        Plaintiff,

MENU FOODS, INC. and MENU FOODS
INCOME FUND,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING EXHIBIT "C," PART IV, TO MOTION TO STAY ALL PROCEEDINGS

NOTICE IS HEREBY given the Court that Defendants, MENU FOODS INC. and MENU FOODS INCOME FUND (Collectively referred to as "MENU FOODS"), by and through their undersigned counsel, hereby file **EXHIBIT C-IV** to their Motion to Stay All Proceedings, being filed under separate cover due to the voluminous nature of the exhibit.

Dated:   April 18, 2007          Respectfully submitted,

        By: **/s/ Robert D. McIntosh**
           Robert D. McIntosh (FBN: 115490)
           Email: rdm@adorno.com
           **ADORNO & YOSS LLP**
           888 S.E. 3rd Avenue, Suite 500
           Fort Lauderdale, Florida 33316-1159
           Phone: (954) 523-5885
           Fax: (954) 760-9531
           Attorneys for Defendants MENU FOODS, INC.
           and MENU FOODS INCOME FUND

{RDM/013804.0025/L4122763_1}1

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D.  McIntosh*
Robert D.  McIntosh (FBN: 115490)

**TROIANO v. MENU FOODS, et ano**
**SERVICE LIST – 07-60428 (Civ-Cohen/Magistrate Judge Snow)**

LERACH, COUGHLIN, STOIA, GELLER
  RUDMAN & ROBBINS, LLP
PAUL J. GELLER, ESQ.
Florida Bar No: 984795
pgellar@lerachlaw.com
STUART A. DAVIDSON
Florida Bar No. 84824
sdavidson@lerachlaw.com
JAMES L. DAVIDSON, ESQ.
Florida Bar No: 072371
jdavidson@lerachlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432-4809
Telephone:  (561) 750-3000
Facsimile:   (561) 750-3364


KOPELMAN & BLANKMAN
LAWRENCE KOPELMAN
Florida Bar No:  288845
lmk@kopelbank.com
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, Florida 33301
Telephone No:  (954) 462-6855
Facsimile No:   (954) 462-6899

Attorneys for the *Plaintiff* and *The Class*