UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 07-60428 – (Civ-Cohn/Magistrate Snow)

CHRISTINA TROIANO, individually and
on behalf of all others similarly situated,

        Plaintiff,

MENU FOODS, INC. and MENU FOODS
INCOME FUND,

        Defendants.
-----------------------------------------------------------/

**DEFENDANT'S NOTICE OF FILING
TRANSFER ORDER BY JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

NOTICE IS HEREBY given the Court that Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, by and through its undersigned counsel, files the June 19, 2007 Transfer Order by Judicial Panel on Multidistrict Litigation transferring this matter to the District of New Jersey.

Dated: June 25, 2007        Respectfully submitted,
      Fort Lauderdale, Florida

                                     By: **/s/ Robert D. McIntosh**
                                              Robert D. McIntosh (FBN: 115490)
                                              Email: rdm@adorno.com
                                              **ADORNO & YOSS LLP**
                                              888 S.E. 3rd Avenue, Suite 500
                                              Fort Lauderdale, Florida 33316-1159
                                              Phone: (954) 523-5885
                                              Fax: (954) 760-9531
                                              Attorneys for Defendants MENU FOODS, INC.
                                              and MENU FOODS INCOME FUND

{RDM/013804.0109/L4127161_1}1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Robert D.  McIntosh**
Robert D.  McIntosh (FBN: 115490)

N:\wpdata\ERuff\062334-Menu Foods\Menu Foods\Pleadings\Template\Motion to Stay.wpd

**TROIANO v. MENU FOODS, et ano**
<u>**SERVICE LIST – 07-60428 (Civ-Cohen/Magistrate Judge Snow)**</u>


LERACH, COUGHLIN, STOIA, GELLER
  RUDMAN & ROBBINS, LLP
PAUL J. GELLER, ESQ.
Florida Bar No: 984795
pgellar@lerachlaw.com
STUART A. DAVIDSON
Florida Bar No.  84824
sdavidson@lerachlaw.com
JAMES L. DAVIDSON, ESQ.
Florida Bar No:  072371
jdavidson@lerachlaw.com
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida  33432-4809
Telephone:   (561) 750-3000
Facsimile:    (561) 750-3364


KOPELMAN & BLANKMAN
LAWRENCE KOPELMAN
Florida Bar No:  288845
lmk@kopelbank.com
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, Florida  33301
Telephone No:   (954) 462-6855
Facsimile No:    (954) 462-6899

Attorneys for the *Plaintiff* and *The Class*