UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60679-CIV-COHN/SNOW

CHRISTINA TROIANO, individually
and on behalf of others similarly situated,

    Plaintiff,

vs.

MENU FOODS, INC. AND MENU
FOODS INCOME FUND,

    Defendants.
_____/

## ORDER CLOSING CASE DUE TO MDL TRANSFER

    **THIS CAUSE** is before the Court upon the receipt of the Transfer Order from the Judicial Panel on Multidistrict Litigation for the In Re Pet Food Products Liability Litigation. This Transfer Order, filed on June 19, 2007 and submitted to this Court by Defendants [DE 20], directs that the above-referenced case be transferred to the District of New Jersey, to be coordinated or consolidated with other related cases for purposes of pretrial proceedings. Therefore, it is appropriate to administratively close the instant case.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Any pending motions shall be **DENIED as moot**;

2.     The Clerk may **CLOSE** this case for administrative purposes, pursuant to the final transfer order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Dockets.Justia.com

Florida, this 28th day of June, 2007.

						/s/ James I. Cohn
						JAMES I. COHN
						United States District Judge

Copies furnished to:

Counsel of record